UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| EDDIE THOMAS-PONCE | CIVIL ACTION |
|---|---|
| VERSUS | NO. 09-4164 |
| ENERGY RESOURCE TECHNOLOGY GOM, INC., ET AL | SECTION "N" (4) |

## ORDER AND REASONS

No opposition memorandum has been filed in response to the Motion to Strike Jury Demand that was filed by Specialized Services of Louisiana, Inc., on July 12, 2011, and scheduled for submission on July 27, 2011. Further, the Court finds the motion to have merit. Accordingly, **IT IS ORDERED** that the motion (Rec. Doc. 88) is **GRANTED**.

New Orleans, Louisiana, this 8th day of September 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**