UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE THOMAS-PONCE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-4164** |
| **ENERGY RESOURCE TECHNOLOGY GOM, INC.** | **SECTION: "G" (4)** |

## ORDER

Before the Court is a **Motion for Leave to File Third-Party Demand (R Doc. 152)**, filed by Third-Party Plaintiffs/Defendants Cal Dive International, Inc., Helix Energy Solutions Group, Inc. and Energy Resource Technology GOM, Inc. (collectively "ERT"), seeking an order from this Court granting them leave to file a Third-Party Demand against Fugro Chance, Inc., Fugro GeoServices, Inc. and Fugro-McClelland Marine Geosciences, Inc. (collectively "Fugro"). The motion was heard on the briefs on Wednesday, November 9, 2011. The motion is unopposed**.**

### I.   Factual Background

Plaintiff filed this personal injury lawsuit against Defendant pursuant to General Maritime Law on June 24, 2009.  (R. Doc. 1.)  On October 27, 2011, the case settled, with the exception of Defendant/Third-Party Plaintiff Houston Casualty Company's ("HCC")Third-Party claims against ERT.  (R. Docs. 162, 171.)

As to the instant motion, ERT seeks leave from this Court to file a Third-Party Demand against Fugro.  ERT contends that Fugro owes it defense, indemnity, and insurance coverage in this

litigation.  ERT further contends that Fugro has a contractual obligation to defend and indemnify ERT from the claims made against it by HCC, pursuant to the parties' Master Service Contract.  (R. Doc. 152-3.)

**II.    Analysis**

ERT asserts that it contacted all of the other parties to this litigation, and that none of the parties expressed any objection to ERT's motion, except for counsel for Intervenor Liberty Mutual Insurance Company.  However, as a result of the parties' settlement, Liberty Mutual Insurance Company is no longer a party to this litigation, and its claims have been dismissed.  (R. Doc. 171.)

Further, under Local Rule 7.5, any memorandum in opposition to a motion must be filed eight (8) days before the noticed submission date.  Here, none of the parties to this litigation filed a memorandum in opposition, nor any of the parties request an extension of time within which to oppose the motion.

**IV.    Conclusion**

Accordingly,

**IT IS ORDERED** that Third-Party Plaintiffs/Defendants Cal Dive International, Inc., Helix Energy Solutions Group, Inc. and Energy Resource Technology GOM, Inc.'s **Motion for Leave to File Third-Party Demand (R Doc. 152)**, is hereby **GRANTED AS UNOPPOSED**.

New Orleans, Louisiana, this 9th day of November 2011.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**